In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

## NO. 09-11-00599-CR
_____

**ASHLEY BROOKE WIEGAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 01-05-03142 CR**

## MEMORANDUM OPINION

Our Order of September 20, 2012, is withdrawn, and the appeal is reinstated.

Ashley Brooke Wiegand has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered October 17, 2012
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.